THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Trevis Eugene
 Johnson, Appellant.
 
 
 

Appeal From Aiken County
Doyet A. Early, III, Circuit Court Judge

Unpublished Opinion No.  2012-UP-244  
 Submitted April 2, 2012  Filed April 25,
2012

APPEAL DISMISSED

 
 
 
 Appellate Defender Wanda H. Carter, of
 Columbia; and Trevis Eugene Johnson, pro se, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, and Senior Assistant Deputy Attorney General
 Salley W. Elliott, all of Columbia; and Solicitor J. Strom Thurmond, Jr., of
 Aiken, for Respondent.
 
 
 

PER CURIAM: Trevis Eugene Johnson appeals his conviction of trafficking in
 cocaine, arguing the circuit court erred in denying his motion for a directed
 verdict because the State failed to prove he had actual or constructive
 possession of the drugs.  Additionally, Johnson asserts several pro se
 arguments.  After a thorough review of the record and briefs
 pursuant to Anders v. California, 386 U.S. 738 (1967), and State v.
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] the appeal and grant counsel's motion to be relieved.
APPEAL
 DISMISSED.
PIEPER, KONDUROS, and
 GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.